# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JEMIKA ROBIN WILLIAMS**                                                     **PLAINTIFF**

**v.**                        **CAUSE NO. 1:18cv406-LG-RHW**

**NAVIENT SOLUTIONS, LLC**                                        **DEFENDANT**

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Memorandum Opinion and Order entered herewith dismissing with prejudice Plaintiff Jemika Robin Williams's claims against Defendant Navient Solutions, LLC,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 7th day of March, 2019.

                                        s/ *Louis Guirola, Jr.*
                                        LOUIS GUIROLA, JR.
                                        UNITED STATES DISTRICT JUDGE